# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2006

129523 & (68)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WASHINGTON MUTUAL BANK, F.A.,
           Plaintiff-Appellant,

v

SC: 129523
COA: 254338
Oakland CC: 03-047297-CH

SHOREBANK CORPORATION and
STANDARD FEDERAL BANK, N.A.,
           Defendants-Appellees,
and

HANNA SHINA, a/k/a JOHN SHINA, and
JAKLIN SHINA,
           Defendants.
_____/

On order of the Court, the motion to file brief amicus curiae is GRANTED. The application for leave to appeal the June 23, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2006

_____
Clerk

t0524